IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JESSIE JONES, III | § | |
| VS. | § | CIVIL ACTION NO. 1:02cv673 |
| DIRECTOR, TDCJ-ID | § | |

<u>FINAL JUDGMENT</u>

This action came on before the Court, and the issues having been duly considered and a decision rendered, it is

**ORDERED** and **ADJUDGED** that this petition for writ of habeas corpus is **DENIED**.

All motions by any party not previously ruled on are hereby **DENIED**.

**SIGNED** this the **16** day of **June, 2005.**

_____
Thad Heartfield
United States District Judge